# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEVIN J. COOK,<br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>**Acting Commissioner of**<br>**Social Security,**<br>    Defendant. | Case No. 6:17-cv-00016-SPS |

## ORDER

The Court has for its consideration Defendant's Unopposed Motion to Remand (Doc. 18) this case to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). Upon review of the motion, the lack of objection thereto, and for good cause shown, the motion is hereby **granted**.

**IT IS THEREFORE ORDERED** that this case is remanded for further administrative action under sentence four of the Social Security Act, 42 U.S.C. § 405(g). A separate Judgment shall be entered forthwith.

**IT IS SO ORDERED** this 4th day of December, 2017.

Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma